IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Katsibubas, David

Printed: 11/04/08

Case Number: 06 B 04400
Judge: Hollis, Pamela S
Filed: 4/19/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 22, 2008
Confirmed: September 18, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 19,875.21 |  |
| Secured: |  | 11,543.85 |
| Unsecured: |  | 0.00 |
| Priority: |  | 4,533.76 |
| Administrative: |  | 2,724.00 |
| Trustee Fee: |  | 1,073.60 |
| Other Funds: |  | 0.00 |
| Totals: | 19,875.21 | 19,875.21 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bennie W Fernandez | Administrative | 2,724.00 | 2,724.00 |
| 2. | Cook County Treasurer | Secured | 3,000.00 | 437.50 |
| 3. | Litton Loan Servicing | Secured | 30,000.00 | 11,106.35 |
| 4. | Internal Revenue Service | Priority | 7,134.91 | 4,533.76 |
| 5. | Illinois Dept Of Employment Sec | Unsecured | 1,713.96 | 0.00 |
| 6. | AmeriCash Loans, LLC | Unsecured | 335.67 | 0.00 |
| 7. | Internal Revenue Service | Unsecured | 292.50 | 0.00 |
| 8. | Hyundai Motor Finance | Unsecured | 2,034.22 | 0.00 |
| 9. | Nuvell Financial Services | Unsecured | 1,282.90 | 0.00 |
| 10. | Nicor Gas | Unsecured | 294.74 | 0.00 |
| 11. | University Surgeons | Unsecured | 15.00 | 0.00 |
| 12. | Illinois Dept Of Employment Sec | Unsecured | 1,628.76 | 0.00 |
| 13. | Resurgent Capital Services | Unsecured | 25.10 | 0.00 |
| 14. | Steven H Mevorah & Associates | Unsecured | 595.70 | 0.00 |
| 15. | North Shore Agency Inc | Unsecured |  | No Claim Filed |
| 16. | Bank First | Unsecured |  | No Claim Filed |
| 17. | Christ Hospital | Unsecured |  | No Claim Filed |
| 18. | Great American Recipes | Unsecured |  | No Claim Filed |
| 19. | Advocate Health Care | Unsecured |  | No Claim Filed |
| 20. | Advocate Health Care | Unsecured |  | No Claim Filed |
| 21. | Certegy Payment Recovery Services Inc | Unsecured |  | No Claim Filed |
| 22. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 23. | Capital One | Unsecured |  | No Claim Filed |
| 24. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 25. | Dogfancy Subscription | Unsecured |  | No Claim Filed |
| 26. | Cardiology Diagnostic Services | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Katsibubas, David

Printed: 11/04/08

Case Number: 06 B 04400
Judge: Hollis, Pamela S
Filed: 4/19/06

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Equifax | Unsecured | | No Claim Filed |
| 28. | Kenneth Kochan | Unsecured | | No Claim Filed |
| 29. | Comcast | Unsecured | | No Claim Filed |
| 30. | Nicor Gas | Unsecured | | No Claim Filed |
| 31. | Pediatric Criticare Assoc | Unsecured | | No Claim Filed |
| 32. | Macey, Chern & Diab | Unsecured | | No Claim Filed |
| 33. | Advocate Health Care | Unsecured | | No Claim Filed |
| 34. | Tele Check | Unsecured | | No Claim Filed |
| 35. | PDL Financial Services | Unsecured | | No Claim Filed |
| 36. | Prodigy Communications | Unsecured | | No Claim Filed |
| 37. | P E M S | Unsecured | | No Claim Filed |
| 38. | Pulmonary & Critcare Medical | Unsecured | | No Claim Filed |
| 39. | Rodale Book | Unsecured | | No Claim Filed |
| 40. | Midwest Oral & Maxillofacial | Unsecured | | No Claim Filed |
| 41. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| 42. | Rush Presbyterian St Luke's Hospital | Unsecured | | No Claim Filed |
| 43. | United Credit Natl Bank | Unsecured | | No Claim Filed |
| 44. | TeleCheck | Unsecured | | No Claim Filed |
| 45. | Nicor Gas | Unsecured | | No Claim Filed |
| 46. | Social Security Administration | Unsecured | | No Claim Filed |
| 47. | University Family Physicians | Unsecured | | No Claim Filed |
| 48. | Vyridian Revenue Managment | Unsecured | | No Claim Filed |
| 49. | University Pathologists PC | Unsecured | | No Claim Filed |
| 50. | University Family Physicians | Unsecured | | No Claim Filed |
| 51. | Pulmonary & Critcare Medical | Unsecured | | No Claim Filed |
| | | | $ 51,077.46 | $ 18,801.61 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 231.74 |
| 5.4% | 668.68 |
| 6.5% | 173.18 |
| | $ 1,073.60 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

